AO 106 (Rev. 04/10)  Application for a Search Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of Louisiana

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Information associated with instagram account with<br>username "1MRSRILEY" that is stored at premises<br>controlled by Instagram | )<br>)<br>)<br>)<br>)<br>)    Case No.  13- 28 - SCR |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
Information associated with instagram account with username "1MRSRILEY" that is stored at premises controlled by Instagram, 1601 Willow Road, Menlo Park, California 94025.

located in the _____ Middle _____ District of _____ Louisiana _____ , there is now concealed *(identify the person or describe the property to be seized)*:

Instagram account "1MRSRILEY" registered to Anthony Williams

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1513(b) | Retaliating against a witness, victim, or an informant |

The application is based on these facts:

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Special Agent Monique Schmidt*
*Applicant's signature*

Monique Schmidt, Special Agent IRS-CI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3/26/2013

*Stephen C. Riedlinger*
*Judge's signature*

City and state: Baton Rouge, Louisiana

Stephen C. Riedlinger, U.S. Magistrate Judge
*Printed name and title*

Lemelle
USM

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

IN THE MATTER OF THE SEARCH   :
OF INFORMATION ASSOCIATED   :   13-MJ- $28$-$562$
WITH INSTAGRAM ACCOUNT WITH   :
USERNAME "1MRSRILEY" THAT IS   :   (UNDER SEAL)
STORED AT PREMISES CONTROLLED   :
BY INSTAGRAM   :

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, Monique Schmit, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of an application for a search warrant for information associated with a certain Instagram account that is stored at premises owned, maintained, controlled, or operated by Instagram, a social-networking company owned by Facebook, Inc. and located at 1601 Willow Road in Menlo Park, California.  The information to be searched is described in the following paragraphs and in Attachment A.  This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A), and 2703(c)(1)(A), to require Instagram to disclose to the government records and other information in its possession, pertaining to the subscriber or customer associated with the Instagram account.

2.      I am a Special Agent with the Internal Revenue Service, Criminal Investigation Division, and have been since August 30, 1998. I have trained at the Federal Law Enforcement Training Academy in Glynco, Georgia, and have been investigating tax and money laundering violations with the IRS-CID for approximately fourteen and ½ years.

3.     The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4.     Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. § 1513(b) have been committed by Anthony Williams or other persons. There is also probable cause to search the information described in Attachment A for evidence of these crimes and items to be seized listed in Attachment B.

## LEGAL AUTHORITY

5.     This Court has jurisdiction to issue the requested warrant to Instagram because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A).  Specifically, the Court is "a district court of the United States . . . that – has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

## PROBABLE CAUSE

6.     I have been investigating threatening communications made to a witness in a federal criminal trial.  The investigation concerns possible violations of, *inter alia*, 18 U.S.C. § 1513(b).

7.     On March 6, 2013, Thomas White testified as a government witness in a federal criminal trial in the Middle District of Louisiana, *United States v. Angela Myers*, Case No. 12-9-JJB-SCR.

8.     The following night, at approximately 10:14 pm on March 7, 2013, the Instagram account of **1mrsriley** posted a comment attached to a photograph posted online on Instagram by

2

Thomas White.  The commenter's statement including telling Mr. White: "u a rat outcha but you got your day coming myboy we will see u in the streets soon."  The comment was interpreted as a threat by Mr. White and a possible indication of planned retribution for Mr. White's participation in the trial.

9.     Mr. White stated that he knew the 1mrsriley account to be used by Angela Myers' son, Anthony Williams.  During a subsequent interview, Anthony Williams admitted the account was his but denied sending the threat and stated that his boyfriend, Bobby Riley, also had access to the account.  Anthony Williams agreed to allow agents to search his electronic equipment to verify his claim.  But while driving to conduct the search, Anthony Williams received several calls on his cell phone and then revoked his consent to the searches.  Anthony Williams stated that the calls were from his mother, Angela Myers.

10.     During a subsequent interview, Bobby Riley also denied sending the threat.  He stated that he shared a cell phone with Anthony Williams and that he had the cell phone with him at a club on the night of March 7, 2013, and that he arrived at the club around 10:40 pm, staying until approximately 2:00 am on March 8.

11.     From my review of publicly available information provided by Instagram about its service, including Instagram's "Privacy Policy," I am aware of the following about Instagram and about the information collected and retained by Instagram.

12.     Instagram owns and operates a free-access social-networking website of the same name that can be accessed at http://www.instagram.com. Instagram allows its users to create their own profile pages, which can include a short biography, a photo of themselves, and other information.  Users can access Instagram through the Instagram website or by using a special

electronic application ("app") created by the company that allows users to access the service

through a mobile device.

13.     Instagram permits users to post photos to their profiles on Instagram and

otherwise share photos with others on Instagram, as well as certain other social-media services,

including Flickr, Facebook, and Twitter.  When posting or sharing a photo on Instagram, a user

can add a caption to the photo, can add various "tags" to the photo that can be used to search for

the photo (e.g., a user made add the tag #vw to a photo so that people interested in Volkswagen

vehicles can search for and find the photo), can add location information to the photo, and can

add other information to photo, as well as apply a variety of "filters" or other visual effects that

can be used to modify the look of the posted photos.  In addition, Instagram allows users to make

comments on posted photos, including photos that the user posts or photos posted by other users

of Instagram.  Users can also "like" photos.

14.     Upon creating an Instagram account, an Instagram user must create a unique

Instagram username and an account password.  This information is collected and maintained by

Instagram.

15.     Instagram asks users to provide basic identity and contact information upon

registration and also allows users to provide additional identity information for their user profile.

This information may include the user's full name, e-mail addresses, and phone numbers, as well

as potentially other personal information provided directly by the user to Instagram.  Once an

account is created, users may also adjust various privacy and account settings for the account on

Instagram.  This information is collected and maintained by Instagram.

16.     Instagram allows users to have "friends," which are other individuals with whom

the user can share information without making the information public.  Friends on Instagram

4

may come from either contact lists maintained by the user, other third-party social media websites and information, or searches conducted by the user on Instagram profiles. This information is collected and maintained by Instagram.

17.     Instagram also allows users to "follow" another user, which means that they receive updates about posts made by the other user. Users may also "unfollow" users, that is, stop following them or block the, which prevents the blocked user from following that user.

18.     Instagram allow users to post and share various types of user content, including photos, comments, and other materials. User content that is posted to Instagram or shared through Instagram is collected and maintained by Instagram.

19.     Users on Instagram may also search Instagram for other users or particular types of photos or other content.

20.     For each user, Instagram also collects and retains information, called "log file" information, every time a user requests access to Instagram, whether through a web page or through an app. Among the log file information that Instagram's servers automatically record is the particular web requests, any Internet Protocol ("IP") address associated with the request, type of browser used, any referring/exit web pages and associated URLs, pages viewed, dates and times of access, and other information.

21.     Instagram also collects and maintains "cookies," which are small text files that are placed on a user's computer or mobile device and that allows Instagram to identify the browser or device's accesses to the service.

22.     Instagram also collects information on the particular devices used to access Instagram. In particular, Instagram may record "device identifiers," which includes data files

5

and other information that may identify the particular electronic device that was used to access Instagram.

23.    Instagram also collects metadata associated with user content. For example, Instagram collects any "hashtags" associated with user content (i.e., keywords used), "geotags" that mark the location of a photo and which may include latitude and longitude information, comments on photos, and other information.

24.    Instagram also may communicate with the user, by email or otherwise. Instagram collects and maintains copies of communications between Instagram and the user.

25.    On March 11, 2013, I served Instagram with a preservation request pursuant to 18 U.S.C. § 2703(f), requiring Instagram to preserve all information associated with the 1mrsriley account.

26.    Based on the information above, the computers of Instagram are likely to contain all the material described above with respect to the 1mrsriley account, including stored electronic communications and information concerning subscribers and their use of Instagram, such as account access information, which would include information such as the IP addresses and devices used to access the account, as well as other account information that might be used to identify the actual user or users of the account at particular times.

27.    As described above, there are potentially multiple individuals who had access to the account and could have sent the threatening communication. Based on my training and experience and the facts recounted above, I know that one way to determine the actual user of an online service like Instagram at a particular time is through whether other actions taken by the user are consistent with previous online behavior on the service. In order to make that determination, information about the account covering a sufficient amount of time before the

6

threatening communication is needed to be able to establish patterns and trends and help confirm the actual identity of the user and/or users when the threat was made.  Similarly, post-offense information and activity on the account is also likely to help identify the actual user at the time the threat was made.

## INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

28.     I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Instagram to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

## CONCLUSION

29.     Based on the forgoing, I request that the Court issue the proposed search warrant.

30.     Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

## REQUEST FOR SEALING

31.     I further request that the Court order that all papers in support of this application, including the affidavit and search warrant, be sealed until further order of the Court. These documents discuss an ongoing criminal investigation that is neither public nor fully known in its details to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation.

Respectfully submitted,

Monique Schmit
Special Agent
IRS-CI

Subscribed and sworn to before me this _26_ day of March, 2013, at Baton Rouge, Louisiana.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

8

## ATTACHMENT A

**Property to Be Searched**

This warrant applies to information associated with the Instagram profile with username:

**1mrsriley,**

that is stored at premises owned, maintained, controlled, or operated by Instagram, a company

which is owned by Facebook, Inc. and located at 1601 Willow Road, Menlo Park, CA 94025.

## ATTACHMENT B

### Particular Things to be Seized

**I.     Information to be disclosed by Instagram**

To the extent that the information described in Attachment A is within the possession, custody, or control of Instagram, including any messages, records, files, logs, or information that have been deleted but are still available to Instagram, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Instagram is required to disclose the following information to the government for each account listed in Attachment A:

a.     All identity and contact information, including full name, e-mail address, physical address (including city, state, and zip code), date of birth, gender, hometown, occupation, and other personal identifiers;

b.     All past and current usernames, account passwords, and names associated with the account;

c.     The dates and times at which the account and profile were created, and the Internet Protocol ("IP") address at the time of sign-up;

d.     For the time period set forth in Section II, all IP logs and other documents showing the IP address, date, and time of each login to the account, as well as any other log file information;

e.     For the time period set forth in Section II, all information regarding the particular device or devices used to login to or access the account, including all device identifier information or cookie information, including all information about the particular device or devices used to access the account and the date and time of those accesses;

f.      All data and information associated with the profile page, including photographs, "bios," and profile backgrounds and themes;

g.      For the time period set forth in Section II, all communications or other messages sent or received by the account;

h.      For the time period set forth in Section II, all user content created, uploaded, or shared by the account, including any comments made by the account on photographs or other content;

i.      All photographs and images in the user gallery for the account;

j.      All location data associated with the account, including geotags;

k.      All data and information that has been deleted by the user;

l.      A list of all of the people that the user follows on Instagram and all people who are following the user (*i.e.*, the user's "following" list and "followers" list), as well as any friends of the user;

m.      A list of all users that the account has "unfollowed" or blocked;

n.      All privacy and account settings;

o.      All records of Instagram searches performed by the account, including all past searches saved by the account;

p.      For the time period set forth in Section II, all information about connections between the account and third-party websites and applications;

q.      All records pertaining to communications between Instagram and any person regarding the user or the user's Instagram account, including contacts with support services, and all records of actions taken, including suspensions of the account.

2

**II.     Information to be seized by the government**

All information described above in Section I that constitutes fruits, evidence, and instrumentalities of violations of 18 U.S.C. § 1513(b) involving the account from February 7, 2013 through March 20, 2013, including, for each account identified on Attachment A, information pertaining to the following matters:

  a. Threatening or potentially threatening communications made via comments attached to photos posted by Thomas White.

  b. Records relating to who created, used, accessed, or communicated with the account, including any records about their identities and whereabouts.

3